**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| **Brian Marble,** | ) | **Case No.: 0:22-cv-04137-SAL** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Pennsylvania Higher Education** | ) | |
| **Assistance Agency d/b/a American** | ) | |
| **Education Services, and Truist Bank,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF**
**DEFENDANT TRUIST BANK**

COMES NOW the Plaintiff, Brian Marble, jointly with the Defendants, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services, and Defendant Truist Bank, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and hereby stipulate any and all claims in the above-captioned civil action that were, or could have been brought against Defendant Truist Bank are hereby dismissed without prejudice, with each party to bear their own costs and expenses. This dismissal does not affect Defendant Pennsylvania Higher Education Assistance Agency d/b/a American Education Services.

Respectfully submitted on this 10th day of February, 2023.

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed. ID No. 10323
William K. Geddings, Fed. ID No. 12584
HAYS CAULEY, P.C.
1303 W. Evans St.
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
will@hayscauley.com
Attorneys for Plaintiff

/s/ *William J. Farley III*
William J. Farley III, Fed. ID No. 12004
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
(704) 998-4050
(704) 998-4051 Facsimile
will.farley@troutman.com
Attorneys for Defendant Pennsylvania Higher
Education Assistance Agency d/b/a American
Education Services

/s/ *T. Richmond McPherson, III*
T. Richmond McPherson, III, Fed. ID No. 11214
McGUIRE WOODS LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 343-2363
(704) 343-2300 Facsimile
rmcpherson@mcguirewoods.com
Attorneys for Defendant Truist Bank