# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| **Brian Marble,** ) | Case No.: 0:22-cv-04137-SAL |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **Pennsylvania Higher Education** ) | |
| **Assistance Agency d/b/a American** ) | |
| **Education Services, and Truist Bank,** ) | |
| ) | |
| **Defendants.** ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a/ AMERICAN EDUCATION SERVICES

COMES NOW the Plaintiff, Brian Marble, jointly with the Defendant, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and hereby stipulate any and all claims in the above-captioned civil action that were, or could have been brought against Defendant Pennsylvania Higher Education Assistance Agency d/b/a American Education Services are hereby dismissed with prejudice, with each party to bear their own costs and expenses. Defendant Truist Bank was previously dismissed with prejudice on February 10, 2023. This dismissal fully closes the case.

Respectfully submitted on this 7th day of June, 2023.

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed. ID No. 10323
William K. Geddings, Fed. ID No. 12584
HAYS CAULEY, P.C.
1303 W. Evans St.
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
will@hayscauley.com

Attorneys for Plaintiff

*/s/ William J. Farley III*
William J. Farley III, Fed. ID No. 12004
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
(704) 998-4050
(704) 998-4051 Facsimile
will.farley@troutman.com
Attorneys for Defendant Pennsylvania Higher Education Assistance Agency d/b/a American Education Services